# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick, | No. CV-24-01251-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Primal Health LP, | |
| Defendant. | |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 6), filed by Plaintiff on September 23, 2024. Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 25th day of September, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge